THE STATE EX REL. GIROUX, Respondent, vs. LIEN, City Clerk, Appellant.

*April 11 — April 30, 1901.*

*Appeal: Jurisdiction: Record: Dismissal.*

Where the judgment appealed from is not included in the record, nor returned to the supreme court from the court below, the appellate court has no jurisdiction and the appeal must be dismissed.

APPEAL from a judgment of the circuit court for Jackson county: JAMES O'NEILL, Circuit Judge. *Appeal dismissed.*

Appeal by respondent below from judgment on writ of *certiorari* reversing certain action of the board of review of the city of Black River Falls.

*Carl C. Pope*, for the appellant.

For the respondent there was a brief by *Lamb, Richmond & Lamb*, and oral argument by *T. C. Richmond*.

DODGE, J. The judgment appealed from is not included in the record nor returned to us from the court below. In its absence we have no jurisdiction of an appeal therefrom. *Barton v. Twohy M. Co.* 104 Wis. 420.

*By the Court.*— Appeal dismissed.